UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 14-cr-_____** |
| | : | |
| v. | : | **VIOLATION:** |
| | : | **18 U.S.C. § 1343** |
| | : | (Wire Fraud) |
| **SAKINAH M. SMITH,** | : | |
| | : | |
| **Defendant.** | : | **FORFEITURE ALLEGATION:** |
| | : | **18 U.S.C. § 981(a)(1)(C) &** |
| | : | **28 U.S.C. § 2461(c);** |
| | : | **21 U.S.C. § 853(p)** |

## INFORMATION

The United States Attorney hereby informs the Court that:

1.  Between in or about October 2010 though in or about June 2011, in the District of Columbia and elsewhere, the defendant, SAKINAH M. SMITH ("SMITH"), with the intent to defraud, devised a scheme and artifice to defraud and obtain money or property by means of false and fraudulent pretenses, and for the purpose of executing and attempting to execute the scheme and artifice did cause to be transmitted writings, sounds, and signals by means of wire communications in interstate commerce, including, among others, such communications as wire transfers in the amount of $15,246.00, from the District of Columbia Department of Employment Services, located in the District of Columbia, to SMITH's Pentagon Federal Credit Union bank account, located in the Commonwealth of Virginia.

(Wire Fraud,
in Violation of Title 18, United States Code, Section 1343)

## CRIMINAL FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The property subject to forfeiture includes a money judgment in the amount of $15,246.00.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28 United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p))**

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
BY: _____
PHILIP A. SELDEN
ASSISTANT U.S. ATTORNEY
D.C. Bar Number 982247

2